THE PEOPLE OF THE STATE OF NEW YORK v. FRANK DE ANGELIS.— Motion

to dismiss appeal granted unless appellant procure the record on appeal and appellant's points to be filed on or before February 1, 1932, with notice of argument for February 16, 1932. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.